1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

- - - - - - - - - - - - - - x
IN RE:                          :
                                :
MINH VU HOANG                   :   Case No. 05-21078
THANH HOANG                     :   Chapter 7
          Debtors              :
- - - - - - - - - - - - - - x
GARY A. ROSEN, Trustee          :
                                :
          Plaintiff             :
     v.                         :   Adv. Pro. No. 11-00087
                                :
DAVID DAHAN, et al.             :
                                :
          Debtors              :
- - - - - - - - - - - - - - x
                         U.S. Bankruptcy Court
                         Greenbelt, Maryland
                         June 15, 2011

                H E A R I N G

        Hearing held (related document(s) 19 Motion
to Dismiss Count filed by Defendant David Dahan,
Defendant Sarit Dahan, Defendant Karin Dahan, Defendant
Maia, LLC, Defendant Rokama, LLC, Defendant Raymonde,
LLC, 23 Opposition filed by Plaintiff Gary A. Rosen.
UNDER ADV (Hegerle, Robert).

BEFORE:   HONORABLE THOMAS J. CATLIOTA, Judge

APPEARANCES:   NEAL GOLDFARB, ESQUIRE
               Butzel Long Tighe Patton PLLC
               1747 Pennsylvania Avenue, NW
               Suite 300
               Washington, DC 20006
                On behalf of Plaintiff

               JEFFREY M. ORENSTEIN, ESQUIRE
               Goren, Wolff & Orenstein, LLC
               15245 Shady Grove Road
               Suite 465, North Lobby
               Rockville, Maryland 20850
                On behalf of the Defendants
_____
 Proceedings Recorded by Electronic Sound Recording

Transcriber:   **SUBURBAN REPORTING SERVICE**
               Post Office Box 341415
               Bethesda, Maryland 20818
               (301) 229-2223

Recording Operator:  Dominique Ramzziddin

2

    APPEARANCES (cont.):

                    RICHARD S. STOLKER, ESQUIRE
                    110 North Washington Street
                    Suite 320
                    Rockville, Maryland 20850
                     On behalf of the Defendants

1  **P R O C E E D I N G S**

2      THE CLERK:  The case of Minh Vu Hoang and Thanh

3  Hoang, main case number 05-20178; adversary number 11-

4  00087.  Counsel, would you please come to the podium and

5  state your name for the record?

6      MR. GOLDFARB:  Good morning, Your Honor.  Neal

7  Goldfarb for the plaintiff.

8      THE COURT:  Good morning.

9      MR. ORENSTEIN:  Good morning, Your Honor.  Jeff

10  Orenstein on behalf of David Dahan, Sarit Dahan, Karin

11  Dahan, Maia LLC, Rokama LLC and Raymonde LLC.

12      MR. STOLKER:  Richard Stolker appearing for the

13  same parties defendant.

14      THE COURT:  Good morning.  We're here on a

15  motion to dismiss various counts of the complaint, counts

16  one, two, three, four, five and six.  As I read the

17  papers it seems to me there are three issues before me

18  and the parties can correct me or not as the case may be.

19      One is should the Section 542 claims be

20  dismissed as a result of, or in light of the Deckelbaum

21  opinion.  The second is I have the claims for conversion

22  of money been properly pled, such that I would have to

23  dismiss them as currently pled.  The third is should

24  count 2(d) be dismissed as violative of the statute of

25  limitations for a conversion claim versus an action to

4

1  collect a note, and then there's a Section 549 dismissal

2  for limitations that wasn't responded to so I'm assuming

3  that's conceded but I'll wait to hear from the parties.

4          MR. GOLDFARB:  Your Honor, we're not going to

5  pursue that claim.

6          THE COURT:  All right.  So the Section 549

7  claims are out and so we're just dealing with those first

8  three issues.

9          All right.  Mr. Orenstein?

10          MR. ORENSTEIN:  Very well, Your Honor.  Thank

11  you.

12          May it please the Court, this is a case that

13  although somewhat in its infancy as to this adversary

14  proceeding, the Court has a very long and tortured

15  history in dealing with the facts underlying the

16  substantive part of the case and it is probably the type

17  of thing that frankly the Court could take judicial

18  notice of the fact that Minh Vu Hoang and those in her

19  family acting along with her had a long history of being

20  involved in real estate transactions, foreclosure

21  actions, foreclosure rescue type of actions, where

22  properties came in and out of her hands and into various

23  entities.  That is well known and not disputed certainly

24  and that's in large part the reason that this bankruptcy

25  case was filed to address those issues.

1        In fact, it's for those same reasons, Your

2   Honor, that these actions are so well known that early in

3   the case Gary Rosen, who is the plaintiff in this

4   adversary proceeding, was appointed to serve as the

5   Chapter 11 initially trustee, and then when the case was

6   converted became the Chapter 7 trustee.  It was apparent

7   that the debtor herself had engaged in what appears to be

8   fraudulent conduct.  There was a criminal investigation,

9   criminal indictments, and the debtor in this case as a

10  result is now the guest of the government.  So all of

11  that is well known.

12       The question is how does that relate to the

13  transactions that are before the Court and that are the

14  subject of this adversary proceeding, and specifically

15  we're really talking about, as the Court has noted, six

16  different series of transactions which are set out for

17  purposes of this motion to dismiss in counts one through

18  six of the adversary proceeding, and those all relate to

19  in count one, property located at 3119 Parkway which was

20  a transaction that ran through May 3rd of 2007, ran its

21  course of events; in count two, a property known as 6304

22  Kenhow Drive with a series of events that ran through

23  September 21st, 2006; on count three, 13416 Sherwood

24  Forest Drive with events running through November 7th,

25  2007; on count four, a property located at 7654 Bay

6

1  Street with transactions running through July 25, 2007;

2  in count five a property located at 6700 Sundown Road

3  with transactions running through June 18th, 2007; and

4  finally count six, a property at 11819 Milburn Drive with

5  transactions that ran through August 8th of 2006.

6      What I would like to address first, Your Honor,

7  this morning is what we have referred to as the A counts.

8  The A counts are the ones that relate to the Section 542

9  claim.

10      THE COURT:  All right.

11      MR. ORENSTEIN:  I will start by looking to the

12  words of the statute themselves which read as follows, as

13  the Court is aware:  "Except as provided in subsection

14  (c) or (d) of this section, an entity other than a

15  custodian in possession, custody or control during the

16  case, of property that the trustee may use, sell or lease

17  under Section 363 of this title, or that the debtor may

18  exempt under Section 522 of this title, shall deliver to

19  the trustee and account for such property or the value of

20  such property unless such property is of inconsequential

21  value or benefit to the estate."

22      In reading the statute, Your Honor, and in

23  trying to apply the clear language of the statute, the

24  question becomes what is property that a trustee may use,

25  sell or lease.  Clearly Your Honor's gavel is not

1    property that the trustee may use, sell or lease because

2    it's not property of the estate.

3         Likewise, Your Honor, property that may have at

4    one time been property of the estate but that has been

5    transferred and is no longer subject to being clawed back

6    is not property that a trustee may use, sell or lease.

7    We believe for that reason that the plain language of the

8    statute is dispositive of this 542 issue.

9         Let me carry that out.  The avoidance statutes

10   that are set out in part 5 of the Bankruptcy Code are

11   laid out very neatly.  In Section 544 we have the strong-

12   arm provisions that allow, among other things, the

13   trustee to use state court remedies to bring back

14   property that has been transferred within, depending upon

15   the applicable period of limitations in Maryland,

16   certainly a three year period of time.

17        In Section 547 we have provisions where if

18   there's been a transfer in payment of a debt or in

19   satisfaction of an obligation that has been made within a

20   90 day period before the bankruptcy, or if to an insider

21   in a one year period at a time when the debtor was

22   insolvent, the preference rules allow that to be clawed

23   back by the trustee.

24        548, a similar provision, except now we're not

25   dealing with somebody that has provided adequate

8

1    consideration.  We are either dealing with an actual

2    fraud or constructive fraud where the transfer is made

3    without fair consideration at a time that the debtor is

4    insolvent.

5            Then we have 549.  549 is meant to serve one

6    purpose and one purpose only and that is to recover

7    property that has been transferred during the period of

8    the bankruptcy case.

9            So what we have is a statute that addresses

10   post-petition transfers, a statute that addresses pre-

11   petition transfers where there is consideration, a

12   statute that addresses pre-petition transfers where there

13   is no consideration, and then we get to 542 and 543.

14           542 is a turnover statute.  If the debtor is in

15   possession of property at the time the bankruptcy case is

16   filed, the trustee does not need to file an adversary

17   proceeding.  By motion under Rule 9014, the trustee can

18   file a motion and ask the Court essentially to compel the

19   debtor to turn that property over.

20           Under Section 542, likewise is there is

21   property in the hands of a third party and not the

22   debtor, the trustee has the ability to go to the Court

23   and through adversary proceeding, but not motion, ask the

24   Court to compel the person in possession of that property

25   to turn it back over.  The trustee has the ability to do

1   that, Your Honor, because the statute says that if

2   property is in the hands of someone and the trustee has

3   the ability to use, lease or sell that property, he can

4   get it back.

5          That's what 542 is for.  542 is not designed to

6   do what 549 is designed to do.  If 542, as the trustee

7   argues in this case, was designed to do what 549 says it

8   does, there would be no purpose for having Section 549 in

9   the Bankruptcy Code.

10          THE COURT:  But stick with your plain language

11   of the statute.  I mean I understand the argument if 542

12   is allowed to recover post-petition transfers, then you

13   are eliminating 549, the Deckelbaum argument basically.

14          MR. ORENSTEIN:  Correct.

15          THE COURT:  But look at the language of Section

16   542.  Why if the trustee recovers the property here, why

17   wouldn't that be property of the estate under Section

18   541(a) and why wouldn't that be property that the trustee

19   could then use, sell or lease?

20          MR. ORENSTEIN:  I think it would be, Your

21   Honor, if in fact the trustee could recover that

22   property. The perfect example of that is the Suncoast

23   case that the plaintiff cites in their argument.  In the

24   Suncoast case, unlike the facts of this case the transfer

25   that was at issue was a transfer that was made less than

1    two years from the time the complaint was filed.  As a

2    result, under the plain language of Section 542 because

3    the trustee had the ability under Section 549 of filing a

4    timely complaint and recovering the property, that

5    property was property that the trustee could use, sell or

6    lease.  He was within the limitations period of Section

7    549.

8         I agree that that analysis still makes Section

9    542 somewhat unnecessary since the same rights existed

10   under 549, and maybe it's just simply that where the

11   debtor has that property there's the ability to recover

12   it by motion without an adversary proceeding, but clearly

13   in the Suncoast case whether it was done under Section

14   542 or 549, because the limitations period of 549 had not

15   expired yet, the trustee had the right and the ability to

16   recover that property and therefore that property was

17   property that the trustee could use, sell or lease.

18        Here, following the logic of that argument

19   through to its logical conclusion, if the trustee can

20   only recover property that he could use, sell or lease,

21   and the trustee is barred by the limitations period in

22   Section 549 from clawing that property back into the

23   estate, then that property, while at a previous time may

24   have been property that the trustee could use, sell or

25   lease, at the time the trustee filed his complaint it was

1   not property that the trustee could use, sell or lease

2   because his complaint as to 549 was untimely.

3        Now that the plaintiff has withdrawn the (c)

4   counts which are those 549 counts, we no longer are even

5   dealing with the issue that I thought we might be dealing

6   with today, some sort of an equitable tolling argument,

7   and I certainly would have been prepared to address that,

8   but once 549 has expired, then the trustee can't recover

9   it under 549 and 542 cannot be used to do what 549 says,

10  or what 549 says clearly on its face.

11       So I think, Your Honor, that looking at the

12  plain language of the statute without even getting into

13  legislative history or statutory construction, in order

14  for Section 542 to make sense that's the way the

15  statutory scheme has to apply otherwise it makes no sense

16  that it's there.

17       Statutory construction does tell us that --

18       THE COURT:  But then your reading doesn't make

19  542 completely superfluous because it actually ties 549

20  right into it.

21       MR. ORENSTEIN:  It does.  It gives it -- well,

22  it does two things, Your Honor.  First of all 542 is not

23  superfluous because under Section 542 a trustee can seek

24  to recover from a debtor property in the possession of a

25  debtor without filing an adversary proceeding that

1    Section 549 does not allow it to do.

2              THE COURT:  I'm sorry, superfluous for post-

3    petition transactions.

4              MR. ORENSTEIN:  Yes.  I think that there is

5    some, if it's a word, superflucidity (sic) to Section 542

6    if we look at it that way.  I think it's also -- while we

7    have not specifically raised this in our papers, I think

8    it necessarily follows that when you avoid a transfer

9    under Section 549 or any of the other avoidance statutes

10   that we've talked about, we then turn to Section 550 and

11   Section 550 says that once you have avoided the transfer

12   under Section 550, you bring it back in.

13             Again it's the same logic that if we have 542

14   which is its own section to bring it back in, then why do

15   we need Section 550.  It may be, Your Honor, that because

16   even though there would be the ability under Section 550

17   to recover property from initial transferees, 550 also

18   has some defenses in there.  There's a good faith type of

19   argument if it's not the immediate transferee.

20             So Section 550 through 549 has some holes in it

21   that the trustee might not be able to recover under,

22   whereas if he brings the claim in that same Section 542

23   period, he does.  So maybe that's why 542, although it

24   seems to be doing some of the same things that 549 does,

25   that's why it's there.

1          THE COURT:  What about the phrase "during the

2     case"?

3          MR. ORENSTEIN:  During the case, Your Honor,

4     simply means that if the property is not in the

5     possession of the holder of the property at any time

6     during the case, then 542 is clearly not applicable.  By

7     way of example, if the debtor transferred property pre-

8     petition to a third party and that transfer would have

9     been a fraudulent conveyance but the debtor and the third

10    party realized that they were subject to fraudulent

11    conveyance rules, they then re-transferred the property

12    back to a debtor or transferred it to some third party.

13          In that case Section 542 would not be

14    applicable to recover it from, in this case the Dahan

15    defendants, because at no time during the bankruptcy case

16    did they ever have it in their possession.

17          So if there is property that is property of the

18    estate that is in the hands of the defendant at any time

19    during the case, then 542 is potentially applicable.

20          THE COURT:  And if it is subsequently

21    transferred by those same parties even though they had

22    possession during the case, the trustee could go after

23    them?

24          MR. ORENSTEIN:  Well, I think arguably the

25    trustee could go after them at that point as long as they

14

1    are inside the period that would be subject to the

2    Section 549 post-petition transfer rules.

3             THE COURT:  Okay.

4             MR. ORENSTEIN:  Statutory construction tells

5    us, Your Honor, that if we find that the statute is not

6    clear on its face and we do have to go beyond it, we have

7    to analyze the statute in a way so that it doesn't make

8    any other part of the statute nugatory or meaningless.  I

9    think that's really where the Deckelbaum Court went in

10   this and in other cases like the 3133 Court.  That really

11   is what the analysis is.

12             If we interpret Section 542 as the trustee is

13   suggesting that it should be interpreted, then we have --

14   not we have effectively -- we have obliterated 549.

15             THE COURT:  Well, 542 obviously focuses on

16   possession; 549 focuses on transfers.  Now in the post-

17   petition could you have possession without a transfer and

18   is that a difference without a distinction?  I'm not

19   sure.  Are you saying there's no circumstances you can

20   think of where there's a 542 post-petition action that

21   wouldn't be governed by 549, leaving aside the

22   limitations provision?

23             MR. ORENSTEIN:  I can't, Your Honor.  I think

24   by the very definition of 549, as soon as you have

25   property of the estate that's in the hands of the debtor

1    that gets transferred post-petition, you are in 549.  I

2    can't think of a hypothetical where you would have a

3    post-petition transfer that 549 wouldn't apply to because

4    549 certainly doesn't require that you remain in

5    possession of the property or you still be in possession

6    of the property --

7            THE COURT:  For example in Sunco the transfer -

8    - the account debtors paid their receivables,

9    appropriately so.  That was not an unauthorized transfer.

10   So I don't know, would those receivables have been

11   recoverable under 549?

12           MR. ORENSTEIN:  Well, I think you have a

13   separate issue as to whether or not the, for lack of a

14   better word, what I'll call the defenses of Section 549

15   apply.  It's just like in the preference cases.  If

16   you've got a transfer that otherwise fits all the

17   elements of Section 547 but it is an ordinary course

18   transaction or there's new value given or one of the

19   other exceptions, that doesn't mean it's not a

20   preference.  It doesn't mean the transaction doesn't fall

21   under 547.  It just means that there's a defense and the

22   trustee can't succeed.

23           THE COURT:  But in Sunco the Court did allow

24   the receivable proceeds to come back into the estate.

25           MR. ORENSTEIN:  They did but again I think the

1    reason for that, although it was not necessarily

2    expressed that way and sometimes the phrase that

3    sometimes bad facts made bad law comes to mind, the facts

4    of the case were that this was within the two year period

5    so it wasn't simply that the Court said in its own mind

6    it doesn't make a difference because the transfer was

7    within the two year period so it would have been

8    acceptable under Section 549 anyway, I don't know, Your

9    Honor.  I certainly can't address that.

10        THE COURT:  I guess what I'm wondering is

11   whether that would have met the requirements of 549 as an

12   unauthorized transfer, the payment of the receivables,

13   and so would 549 even apply.  I certainly understand the

14   argument that 542 seems to make -- if you apply 542 to

15   post-petition transfers, then what are you doing with

16   549, and I question whether there is 542 post-petition

17   actions that wouldn't fall within 549, or is it a

18   complete overlap is what I'm trying to say.

19        MR. ORENSTEIN:  You know, I think, Your Honor,

20   if I understand where you're going with the question and

21   maybe I don't, but just to use another hypothetical, if

22   you've got a Chapter 11 case where there has been a post-

23   petition sale that's been authorized by the Court, then

24   certainly the transfer of that property is post-petition.

25   It was property in the hands of the debtor during the

17

1    case.  It was transferred post-petition.  It's now

2    property in the hands of a third party during the case.

3    It was transferred as a result of an order of the Court

4    so that transfer was authorized, and Section 542, unlike

5    Section 549, doesn't specifically speak to unauthorized

6    or authorized transfers but I don't think that there

7    would be a legitimate argument made that under that

8    hypothetical, notwithstanding that the transfer had been

9    approved by the Court and presuming the 10 day period had

10   run, that a trustee in Chapter 7 on a conversion would be

11   able to come back and say well, according to Section 542

12   this was property of the estate during the case and

13   therefore I have the right to recover the property.

14          So I think if we're looking at that analysis of

15   549, the same thing happens in 542 so I do think to that

16   extent that 542 and 549 do remain, if not at least

17   subsequently similar in that regard, certainly they are

18   analogous and I'm having a hard time, Your Honor,

19   fathoming a case where you wouldn't have application of

20   both.

21          THE COURT:  You're having a hard time making

22   Mr. Goldfarb's case?

23          MR. ORENSTEIN:  Well, I probably wouldn't try

24   and do it even if I wasn't having a hard time but in all

25   honesty I'm having a very hard time finding it.  Of

1    course as somebody who usually is before the Court

2    sitting in that seat, we would like to take that tack

3    even if --

4           THE COURT:  I was going to ask if Mr. Wolff

5    knew you were making this argument.

6           MR. ORENSTEIN:  He does in fact, Your Honor,

7    and he has, as you would not doubt not be surprised, he

8    fully supports the argument.  One of the things that Mr.

9    Wolff always tries to do is to take actions that are

10   consistent with the provisions of the Bankruptcy Code and

11   we think that's a real good try in this case but we just

12   don't think 542 carries the day.

13          Whether or not, Your Honor, this Court is bound

14   by the decision of Deckelbaum, certainly even the cases

15   as cited by the plaintiff that say that the Court, a

16   bankruptcy court is not bound by the decision of one

17   district court, do say that those cases certainly present

18   strong precedent and that the Court should give deference

19   to the findings of those cases, and whereas here we have

20   the Suncoast case which was cited by the plaintiff which

21   is a 1999 case, and we have the Deckelbaum case which was

22   decided two years later -- Suncoast is certainly not in

23   the same jurisdiction so it wouldn't be overruling it

24   anyway, but it's not criticizing; it's a different

25   analysis.  The District Court of Maryland certainly had

1    access to that <u>Sunco</u> case at the time that it decided

2    <u>Deckelbaum</u> and there are no cases that I'm aware of

3    certainly in this jurisdiction that have taken the

4    <u>Deckelbaum</u> case and have said that it is wrong and

5    shouldn't be followed.

6              So I believe that the better part of valor in

7    this case if the Court thinks that there are questions as

8    to whether <u>Deckelbaum</u> should be followed or not is to let

9    this case go back to the district court on the law that

10   the district court made and if it believes that it was

11   wrong when it made that decision, or ultimately the 4th

12   Circuit thinks it's wrong, I think that's the level at

13   which an analysis of the facts and the law of this case

14   need to be made to go in a different direction.  I would

15   strongly suggest that absent very strong recent case law

16   criticizing <u>Deckelbaum</u> and having some considerations

17   that are just not here, I think the way to go in this

18   case is to find that Section 542 does not apply to post-

19   petition transfers where you've got an expiration of a

20   limitations period in Section 549 as we do here.

21             THE COURT:  Since the district court has

22   spoken, if I were to follow <u>Deckelbaum</u> would this be a

23   candidate for the new rules on direct appeal since the

24   district court has already spoken?

25             MR. ORENSTEIN:  Personally, Your Honor -- I've

20

1   never had this discussion with my client but my personal

2   feeling always is it makes more sense for issues to be

3   resolved sooner rather than later because if we go

4   through litigation on other issues and then have to come

5   back on that issue and try things piecemeal, I think

6   that's a hard way to do it.

7          THE COURT:  But this is sort of -- I mean this

8   is I won't say the guts of the case, but this is an

9   awfully issue regarding the six properties.

10         MR. ORENSTEIN:  I think it is, Your Honor, and

11  I often ask the Court in cases to certify the issue or to

12  make it final so that it can go up and be reviewed by the

13  district court.  I don't think -- again I'm speaking on

14  my own sort of out of school at this point -- but I

15  wouldn't argue that that's inappropriate.

16         THE COURT:  All right.

17         MR. ORENSTEIN:  Your Honor, we then get to the

18  conversion issue and conversion is not a creature of

19  federal law.  It's not a creature of bankruptcy law.

20  Conversion is a claim that exists under Maryland state

21  law. So what we look to when we are analyzing a

22  conversion case is Maryland state law and under Maryland

23  state law the elements in order to establish a claim for

24  conversion are the taking of tangible personal property

25  of another within intention, without permission or

1   justification, the exercise by the tort feasor or

2   dominion over the chattel and that the plaintiff was in

3   actual possession or is entitled to immediate possession

4   of the chattel.

5          That is found in <u>Interstate Insurance Company</u>

6   <u>v. Logan</u>, 205 MD 583, 109 A.2nd. 904, 1954, and other

7   cases that we've cited in our memo addressing that.

8          We've also noted in our memorandum, Your Honor,

9   that there are exceptions to that rule that common law

10  has carved out where you have an express trust and the

11  money is held in that trust or the funds that you are

12  seeking to collect are otherwise specifically

13  identifiable.

14         The cases that the plaintiff has cited in this

15  case are not Maryland cases.  They are not interpreting

16  Maryland law and so I don't know that they're applicable,

17  but as I read the opposition that was filed by the

18  plaintiff in this case, what they seem to be saying, Your

19  Honor, is that well, while we haven't really pled facts

20  in the complaint to show that there is an ability to

21  trace these funds and that they really are identifiable

22  proceeds, were we given leave of Court to amend the

23  complaint, we might be able to plead some facts that

24  would show that's the case.

25         That to me, Your Honor, sounds like a

1     concession that the facts as pled do not rise to the

2     level to make out a case that the exception to the

3     conversion rules apply and that because we are either

4     dealing with real estate or we are dealing with cash

5     which is not generally tangible personal property, that

6     conversion is an appropriate cause of action under the

7     facts pled.

8              So I will let Mr. Goldberg (sic) address that

9     and then I'll respond to that more in reply as

10    appropriate.

11             THE COURT:  All right.  How about Count 2(d)?

12             MR. ORENSTEIN:  Your Honor, as to Count 2(d), I

13    think -- I'm a little bit at a loss.  I think when we

14    initially looked at this issue it was grouped in with the

15    conversion issue although it was certainly pled as a

16    separate count and we were looking at this more as the

17    tort issue and raised that.  So I'm going to stand on the

18    pleadings, Your Honor, as to --

19             THE COURT:  That's fair.  All right, thank you.

20             Mr. Goldfarb?

21             MR. ORENSTEIN:  I'm sorry, I said Goldberg; I

22    apologize.

23             MR. GOLDFARB:  I'm sorry?

24             MR. ORENSTEIN:  I think I said Goldberg; I

25    apologize.

23

1          MR. GOLDFARB:  That's all right.

2          Thank you, Your Honor.  Let me start with

3    obviously the 542(a) which is the big issue here.  Mr.

4    Orenstein seems to have conceded essentially the issue

5    that they actually argued in their motion.  The issue

6    they argued and the only issue they argued about 542(a)

7    was that it did not apply to property that the defendant

8    acquired during the case.

9          That is not what he argued today.  He has

10   argued something completely different and as I understand

11   what the Court asked him about, what about the phrase

12   "during the case," he didn't say oh, that really means

13   that the defendant had at the filing of the petition.  He

14   basically said well, if you never had it during the case,

15   you obviously can't be sued.  That's kind of a truism but

16   it doesn't address and is certainly not supporting the

17   argument that they did make in their motion.

18          THE COURT:  I'm lost because there may be a

19   subtle distinction there that I'm not grasping.  It

20   seemed to me that he was making the same argument he made

21   in his papers although he expounded upon his Deckelbaum

22   argument.

23          MR. GOLDFARB:  Your Honor, that's not how I

24   understood it.  I understood the argument in the papers

25   to be directed solely at the question of whether the

1     defendants were in possession of the property at issue on

2     the date of the filing of the petition.  That's the issue

3     that I understood them to cite Deckelbaum for and that's

4     certainly not the issue that he argued today.

5             I think the Court hopefully is in agreement on

6     that, that he has not argued that the defendants have to

7     be -- or are alleged to have been in possession of the

8     property on the date of the filing.

9             That's the issue that we addressed the

10    legislative history and the language of the statute, both

11    of which -- neither of which really were addressed here,

12    and the phrase that the Court focused on, "during the

13    case."  That on its face does not limit the defendants --

14    the time the defendants acquired the property to having

15    it at the beginning of the case.

16            THE COURT:  I'll let Mr. Orenstein -- Mr.

17    Orenstein, I thought you were just arguing the flip side

18    of the same issue which is -- it's A or B; here's the

19    flip side.  A is they have to be in possession as of the

20    petition date; B is they can't acquire it after the

21    petition date.  It's basically saying the same thing

22    because those are mutually exclusive and you're arguing

23    those two points the same, aren't you?

24            MR. ORENSTEIN:  I am, Your Honor, and I don't

25    want to prejudice Mr. Goldfarb's argument so let me

1    clarify to the extent that there was any confusion.

2           If the party has -- I'll call them the Dahans

3    in this case since that's who we're dealing with

4    primarily -- if the Dahans had possession of the property

5    on the date of filing, then 549 wouldn't apply because

6    there is not a post-petition transaction.  That's what

7    our argument is.  That's what 542 is intended to cover.

8           If on the other hand there's been a transfer

9    during the case of property that was the debtor's

10   property to a third party and it's a post-petition

11   transfer, that's where 549 comes into play and 542 does

12   not.

13          THE COURT:  Okay.  Mr. Goldfarb, I apologize.

14   I normally wouldn't interrupt you but I just wanted to

15   make sure.  That's what I understood Mr. Orenstein to be

16   arguing so I'm not sure I'm following your distinction.

17   It's too subtle if he was making something different or

18   if you're arguing something different.  I think he's just

19   arguing the flip side of the same issue.

20          MR. GOLDFARB:  Then without reference to what

21   he has or hasn't conceded, let me just make the argument.

22          THE COURT:  Okay.

23          MR. GOLDFARB:  Let me first address the

24   argument that I understood them to be making which is

25   that the claim should be dismissed because they were not

1    in possession of the property at the outset of the case.

2    By the way, he said, I believe, that they were never in

3    possession of the property during the case which is

4    clearly inconsistent with what the complaint says.  They

5    did get the proceeds of the property and that's what the

6    turnover in accounting is directed at.

7            With regard to the question of whether the

8    claims have to be dismissed because they were not in

9    possession at the outset of the case, that argument is

10   not supported by the language of the statute.  The

11   language of the statute represents a very deliberate

12   choice on Congress' part to expand the turnover remedy to

13   include property that was acquired during the case

14   because the language that was initially proposed in the

15   initial bill was limited to property in the possession,

16   custody or control on the date of the filing of the

17   petition of property that the trustee may use, sell or

18   lease.

19           We have attached as attachments 1 and 2 to our

20   brief language, excerpts from the bills in question.

21   It's at page 3 of the ECF numbering at the top of

22   attachment 1, and in page 2 of the ECF numbering of

23   attachment 2.

24           That is the language that is the subject of the

25   House and Senate reports that are published in the US

1   Code Congressional Administrative News so that's the

2   language that's the subject of the published legislative

3   history.

4          The problem was after those reports were issued

5   at the sort of very last moment before the Code was

6   passed by Congress, there was a change and the language

7   saying "on the date of filing" was omitted and it was

8   replaced by the current language which says "during the

9   case."  The reports, the two reports, the House report

10  was published in September of '77; the Senate report was

11  published in July of 1978, and this change was made in

12  September 1978 in the House -- that's in attachment 3,

13  the excerpts from the Congressional Record where that was

14  done -- and page 7 of the ECF numbering is where the new

15  language appears.  Then in the Senate it was introduced

16  in October '78 and that's in attachment 4, again from the

17  Congressional Record.

18          So these changes were clearly after the

19  language -- after the reports were issued that are in the

20  published legislative history, so those are the reports

21  that the cases -- I don't think Deckelbaum cited the

22  legislative history but Deckelbaum did cite In Re: 31 to

23  33 Corp. which did cite the legislative history but it

24  cited the published legislative history which is the

25  wrong legislative history.  It is completely

1    understandable that that would happen because people go

2    the US Code, to UScan, and people don't usually sit down

3    and pull the Congressional Record and look through it

4    unless you're writing a law review article which isn't

5    what lawyers arguing cases typically do and it's not what

6    judges do when they're writing opinions but that's how I

7    found it.  I found it mentioned in a law review article

8    because someone had sat down and gone through the entire

9    Congressional Record apparently.

10            The remarks that were made in the Congressional

11   Record in support of this language makes it a hundred

12   percent clear that the direct intent of the change was to

13   cover property that the defendant acquired during the

14   case.  The quote is: "The section makes clear that any

15   entity other than the custodian is required to deliver

16   property of the estate to the trustee or debtor-in-

17   possession whenever such property is acquired by the

18   entity during the case."  That's at attachment 3 on page

19   11 and attachment 4 on page 5 of the excerpts from the

20   Congressional Record.

21            THE COURT:  But what do you say to Mr.

22   Orenstein's argument that "during the case" simply means

23   that they have to be in possession of it during the case

24   otherwise you can't bring an action?

25            MR. GOLDFARB:  I agree that that's certainly

1  true.  That's not all that it means.  If someone never

2  had the property or had the property before the case

3  temporarily and didn't have it on the day of filing and

4  never had it afterwards, obviously there is no turnover

5  action.  That's part of what it means but it's not the

6  entirety of what it means.

7       These remarks say specifically -- it's the

8  identical language in both the House and the Senate so

9  clearly this is something that wasn't just off the cuff

10  remarks; this is language that was agreed on as part of

11  the process between the house and the Senate that says

12  that whenever such property is acquired during the case.

13  So it's clearly covering property that the defendant

14  acquires for the first time during the case.

15       I would add that this argument, and indeed all

16  the other arguments that he's making, were also made by

17  Gemini Title in the adversary proceeding against them and

18  the Court apparently rejected those arguments because it

19  denied the motion to dismiss except on -- on 442 --

20  except with regard to the limitations issue and on that

21  issue obviously we have a hearing coming up next month.

22       THE COURT:  Gemini Title -- I don't recall

23  anybody arguing or citing the Deckelbaum opinion.

24       MR. GOLDFARB:  Your Honor, I believe they did

25  but I know they made the argument about -- in any case,

1    on the --

2          THE COURT:  To my knowledge, maybe I missed

3    something, missed something grammatically, but I'd be

4    surprised because we're pretty careful around here, this

5    is the first time I have read the Deckelbaum opinion in

6    connection with this hearing.

7          MR. GOLDFARB:  In any case, I think clearly

8    just on the merits of the statutory language and the

9    legislative history, there is no doubt whatever that

10   Deckelbaum was wrongly decided.  It relied on 3133 which

11   relied on the wrong legislative history, so if it wasn't

12   for Deckelbaum I think that this would be an absolute

13   slam-dunk winner of what the statute means if the reports

14   were writing on a clear slate.

15         So the question is what is the --

16         THE COURT:  Well, before I came out here today,

17   it seemed to me that the way you look at this issue

18   results in how you're going to -- how I would decide it.

19   If I'm going to look at it purely at the statutory

20   language, it would seem to me 542 contemplates this

21   action.  If I look at it in the context of how 542 exists

22   in comparison to Section 549 as the Deckelbaum and the

23   31-33 case did, then -- I understand that viewpoint.

24         What about those Mr. Orenstein's statutory

25   language argument that the phrase "The trustee may use,

1    sell, lease or lease under Section 363" implicates the

2    limitations periods of the avoidance actions, and so if

3    you're outside of those periods that is by definition not

4    property that the trustee may use, sell or lease because

5    the trustee can't recover it and so therefore -- I mean

6    the trustee may use, sell or lease under Section 363.

7    For example, 541(a)(7) as we all know says property that

8    the estate acquires an interest in after the case, so

9    that language would not limit 542 to petition date

10   possession but what about his implication that you bring

11   in the limitations provisions of the avoidance actions?

12          MR. GOLDFARB:  Well, that's I think another

13   argument that, at least as I recall, Gemini made also

14   which is that you had to avoid the transaction first

15   under 549 before bringing a 542 action and the Court --

16   the answer is something that the Court raised the

17   distinction between a transfer and having possession of a

18   property because our complaint is based on the theory

19   that there is a distinction between being transferee and

20   being merely in possession of property.

21          If one is in possession of a property as a

22   conduit or intermediary which is a concept that derives

23   essentially from the fraudulent transfer law, that is not

24   a transferee.  There has to be a transfer obviously for a

25   defendant to be a transferee and come under 549.  If one

32

1    is merely a conduit, meaning that one is holding it for

2    the benefit of the debtor and is just a straw party or

3    nominee, or in the extreme case the Federal Express

4    messenger or merely the bank account into which money is

5    deposited, in that case the bank, the question is the

6    bank typically is not a transferee, the Federal Express

7    messenger, the Federal Express company is not a

8    transferee, they're the intermediary.  They are just

9    someone carrying it who has temporary possession of it

10   for the debtor's purpose but they are not the transferee.

11        So 542 covers the case where an intermediary or

12   a conduit has possession of the property and that's the

13   case that would not come within 549.  Judge Posner made

14   that distinction in the 7th Circuit case -- I believe

15   it's the one cited in our case, in our brief in footnote

16   25, Bonded Financial Services if I'm not mistaken.

17   That's in footnote 25 on page 14 of our brief.

18        It says that 549 is for transfers, covers

19   transfers, and 542 covers -- it's not the only thing it

20   covers but 542 covers possession by an intermediary.  We

21   have alleged in the complaint that the Dahan defendants

22   were conduits and intermediaries.  The sufficiency of

23   that allegation has not been challenged.

24        So on that theory that's why we don't need to

25   go under 549 and that's why this is property that the

33

1    trustee is entitled to use, sell or lease.  Obviously if

2    the property doesn't come within 549, then his argument

3    collapses.

4            THE COURT:  All right.

5            MR. GOLDFARB:  Now I don't know if the Court

6    still wants to hear about the issue of whether Deckelbaum

7    is binding.  I didn't hear Mr. Orenstein really address

8    that in detail.  There are a few early cases that did say

9    that single district court decisions are binding but the

10   overwhelming majority of more recent cases goes the other

11   way.

12           The most important factor is just a practical

13   one that what do you do in a district such as this

14   district where there is more than one district court

15   judge.  District court judges are not bound by one

16   another's rulings and in fact a district court judge is

17   not even bound by his own ruling, so who is the

18   bankruptcy judge bound by when there are potentially

19   eight or 10 or however many district court judges who can

20   go in different directions?  It's not like a court of

21   appeals where a panel of the court of appeals is the

22   decision of the court unless it has changed by the Court

23   en banc.

24           That problem doesn't come up in a district

25   court where each judge can go his own way.  A bankruptcy

1     judge is faced with potentially conflicting decisions and

2     that in itself is an enormous problem.  It also

3     encourages appeals in cases where if there were a binding

4     decision that bound the district court, a loser at the

5     bankruptcy court level would be -- might be reluctant to

6     appeal it because he's got to first convince the district

7     court to reverse itself before even worrying about the

8     court of appeals, but if he can just roll the dice and

9     get a different judge, then he has a better chance, you

10    know, of getting a good decision.

11          So it's going to just encourage appeals,

12    potentially frivolous appeals or appeals that really --

13          THE COURT:  I don't understand that.  If

14    bankruptcy courts in a district let's say felt bound if

15    they're not technically bound, or determined that they

16    would follow all district court opinions of that court,

17    then it would seem to me there would be less appeals.

18          MR. GOLDFARB:  Well, no, because the problem

19    is, Your Honor, that that's not going to affect what

20    district judges do.  If you appeal -- if there's one

21    decision by Judge A and the bankruptcy judges say we're

22    going to file that because it's a district court decision

23    and we feel bound by it, then the loser can say well, you

24    know, Judge A is one of senior status, or whatever, I'm

25    going to take a chance and maybe I'll get Judge B, C or D

1    and I happen to know that they have different views so

2    I'll just take the appeal.

3           So the fact that the bankruptcy court judges

4    feel bound isn't going to affect -- change the incentive

5    to appeal for purely roll of the dice reasons.  But apart

6    from the incentives for appeal, it's just an untenable

7    situation I think to have bankruptcy judges in a

8    situation where they are subject to supposedly binding

9    precedent that's in conflict.  That's the practical

10   issue, the practical problem that's driven these

11   decisions.

12          There are also two further issues that are more

13   I guess theoretical or jurisprudential or something.  One

14   is that a district court decision does not have stare

15   decisis effect.  It doesn't bind -- as I said, it doesn't

16   bind other district court judges; it doesn't even bind

17   the district court judge that issued it so it does not

18   have stare decisis effect period and if it doesn't have

19   stare decisis effect, it can't be binding on any court

20   and that includes the bankruptcy court.

21          The second point is that although it's easy to

22   think of the relationship between the bankruptcy court

23   and the district court as similar to or the same as the

24   relationship between the district court and the court of

25   appeals, it's not.  The bankruptcy court is not

36

1   subordinate to the district court.  It's not a lower

2   court.  The bankruptcy court is part of the district

3   court, it's a unit of the district court.

4          That's the point that the cases have made and

5   said it's not a correct analogy to think that the

6   bankruptcy court is a subordinate court which is

7   therefore bound by the decisions of the higher court.

8          So those three reasons suggest that a

9   bankruptcy court would be bound only to the extent that

10  the district court is bound which is to say not at all,

11  and since the district court judge would not be bound by

12  his own decisions or another district judge's decision,

13  the bankruptcy court should not be bound by it.

14         This is a case where this is a poster child

15  case for not following the district court decision

16  because as the Court said, based on the clear slate,

17  based on the language in the legislative history, this is

18  a very clear case and if the Deckelbaum decision were

19  from a different district, the Court I think find it very

20  easy to say I just disagree and I'm not bound by it.  So

21  I think that even if you're going to defer to the

22  Deckelbaum case, there are very strong reasons to say

23  despite the deference that we're going to give to the

24  district court and Deckelbaum just as an original matter,

25  this is an absolutely clear case on the statutory

1    language and on the legislative history.

2            THE COURT:  What about the question if I decide

3    to follow Deckelbaum, maybe it's a candidate for sort of

4    a direct appeal since the district court has spoken and

5    it's a significant issue in the context of this adversary

6    proceeding?

7            MR. GOLDFARB:  Your Honor, that might make --

8    I'd have to think about that a little more.  That might

9    make sense but it would also bring up the problem that

10   suppose we get -- and I don't recall the judge that

11   decided Deckelbaum, but suppose we get a different judge?

12   We could then have a decision that says we agree

13   Deckelbaum is wrong, the Court might or might not decide

14   the issue of precedent but they could say well, you are

15   bound but we think Deckelbaum is wrong.

16           Then you would have two conflicting decisions

17   that both of which are supposedly binding.  Where are we

18   then?  So I don't know that that's going to be -- that's

19   a panacea.  I'm not say I wouldn't ultimately after

20   thinking about it agree that that would be something to

21   do, but I think there are -- as I said, it's not a

22   panacea.  It kind of highlights the issue that we're

23   faced with.

24           THE COURT:  Okay.

25           MR. GOLDFARB:  Now with regard to the

1    conversion issue, as far as the complaint as drafted, we

2    did say that the money that was received by the Dahan

3    defendants was proceeds of the sale of the properties

4    that were estate assets, and again there's no challenge

5    to the adequacy of the allegation that the properties

6    were estate assets.  I think that by saying the money was

7    proceeds of the sale of the property, that's sufficient

8    to make the proceeds identifiable funds for purposes of

9    the exception to the general rule on conversion.

10          I don't have a major quarrel with their

11   statement of the general rules of conversion although I

12   don't think the money has to be segregated in the sense

13   that it's in an escrow account or a trust account.  I

14   think it could be identifiable using equitable tracing

15   methods and I think that the use of the term proceeds

16   does that, but if the Court thinks that's not enough,

17   we've made a proffer of what we would plead in an amended

18   complaint and it shows that using -- for instance, the

19   lowest intermediate balance technique, method -- that

20   these funds are traceable and are specifically

21   identifiable as the proceeds of the estate property.

22          So we're happy if the Court -- I guess I would

23   prefer if the Court is going to grant us leave to amend,

24   if the Court could address the substance of those

25   allegations so we don't have to have another motion

1    dismiss, but if the Court feels that the current language

2    is inadequate, that is what we would plead in an amended

3    complaint.  So I would at a minimum ask for leave to

4    amend.

5              THE COURT:  All right.

6              MR. GOLDFARB:  On the promissory note issue, it

7    appears they've misunderstood what it was we were

8    pleading.  We were pleading an action on the note, not an

9    action for conversion of the note, and clearly that is

10   timely.  I can just run through the dates for the Court's

11   benefit.

12             The note matured and became payable on October

13   17th, 2007 which was when the limitations period started

14   to run.  Under the tolling agreement, the statute of

15   limitations was tolled as of March 11th, 2010 and that

16   was two years and seventy days after the note matured.

17   The tolling ended on January 27th, 2011 and the complaint

18   was filed on March 11th, 2011 which is an additional 43

19   days.  So the total of time that's counted between the

20   maturity of the note and the filing of the complaint was

21   two years and 113 days, so clearly we're timely within

22   the three year Maryland statute.

23             In our brief I said -- it's not a typo but a

24   "think-o."  I said that the date the complaint was filed

25   was more than three years before the date; it was less

1    than three years but that's obviously a mistake.

2           In any case, under the claim as it is intended

3    and as it is properly understood is clearly timely.

4           THE COURT:  All right.  Thank you.

5           Mr. Orenstein, is there anything further on

6    Section 542?

7           MR. ORENSTEIN:  Yes, Your Honor.  I think if

8    the Court looks closely at the legislative history that

9    has been cited by plaintiff, you will see that it's not

10   as helpful as plaintiff thinks it is because plaintiff

11   stopped reading in the middle of the legislative history.

12   The plaintiff read up to the part that said treating the

13   turnover of property -- I'm reading, I'm sorry, Your

14   Honor.  This would be Exhibit 3, page 11 of 11, which is

15   what plaintiff read into the record.

16          "This section makes clear that any entity other

17   than a custodian is required to deliver property of the

18   estate to the trustee or debtor-in-possession whenever

19   such property is acquired by the entity during the case -

20   -"  That's where the reading of the legislative history

21   stopped, but if you continue, it says the exact same

22   thing the statute says -- "if the trustee or debtor-in-

23   possession may use, sell or lease the property under

24   Section 363."  The same language, Your Honor, in the

25   legislative history appears at Exhibit No. 4 that was

1   read into the record and that's at page 5 of 5.

2          So the legislative history doesn't do anything

3   more to clarify what's in the statute.  It merely repeats

4   it and we come back to the issue of whether or not there

5   is a difference with a distinction or a difference with

6   no distinction that the statute showed that Congress

7   chose to use the words that "the trustee may use, sell or

8   lease."  I think that's really where this turns.

9          Unless the Court has any questions, I don't

10  have anything else to add as to Section 542.

11         THE COURT:  All right.  I think the other two I

12  don't need to hear further on.

13         MR. ORENSTEIN:  Very well, Your Honor.

14         THE COURT:  All right.  This is what I'm going

15  to do.  I discussed at the beginning of the hearing there

16  are three issues.  I'm going to talk about the second and

17  the third one first.

18         With respect to the issue of whether the

19  complaint properly pleads conversion of funds, I'm going

20  to grant the motion to dismiss without prejudice to allow

21  the plaintiff to amend the complaint consistent with what

22  is in the opposition.

23         Mr. Goldfarb, I am not going to rule as to

24  whether or not that's sufficient because it seems to me

25  that -- well, I know that the defendants did not respond,

 1    file a reply, and haven't had a chance to, and I haven't

 2    done their homework for them to see whether or not that

 3    is sufficient, but it seems to me the fact that the

 4    plaintiff is proposing to crystallize that language and

 5    make it more specific in a way that the plaintiff

 6    believes is consistent with Maryland law and with the law

 7    on the issue, I'm going to allow the plaintiff to do that

 8    and we'll see where that goes.

 9            With respect to 2(D), I'm going to deny the

10    motion to dismiss count 2(D).  I think the complaint

11    plainly states that the trustee seeks judgment on the

12    promissory note and that the cause of action on the

13    promissory note would be timely in light of the tolling

14    agreement and in light of the note, the fact that the

15    note as alleged in the complaint, came due on October

16    17th, 2007, and given the allegations concerning the

17    tolling agreement in paragraph 86 of the complaint.

18    So considering the tolling agreement, the due date of

19    October 17th, 2007, it does seem to me that that's timely

20    within the three year statute of limitations.

21            Now with respect to the 542 action, I don't

22    lightly rule contrary to a published opinion of the

23    district court.  I think for purposes of letting the bar

24    know where we stand on these issues, we do -- out of

25    interest of comity, c-o-m-i-t-y -- I used that phrase

1    once in a bench ruling and it came out "comedy" -- but in

2    the interest of comity and just so that the bar knows

3    where we are, we do follow both other published

4    bankruptcy court decisions and certainly decisions of the

5    district court.

6            To the extent that the Deckelbaum case was

7    cited in the Gemini adversary proceeding, I will tell you

8    that it was not brought to my attention.  I don't know if

9    that was an oversight by me or not.

10           I am going to follow Deckelbaum.  I think -- as

11   I say, it is consistent with our stated views on the

12   court that we do follow published decisions of the

13   district court.  I'll issue a short bench ruling.  So I

14   will grant the motion to dismiss the 542 claims but I

15   will in the next week or so, probably in the next two

16   weeks, issue a short memorandum and order on that.

17           It does seem to me that it's very significant

18   to this case and there is an opportunity for interpreting

19   542 another way.  Obviously without knowing of Deckelbaum

20   in the Gemini case I reached a different conclusion so it

21   does seem to me that reasonable courts could come up with

22   different interpretations and if the parties -- and it is

23   significant to this case; it concerns six properties, so

24   maybe the parties want to think about whether they could

25   come up with some efficient way of having that matter

44

1    resolved.  I am sure I won't be the last court to look at

2    that issue in this case and perhaps there's a way to do

3    that on an efficient basis without spending a lot of time

4    and trouble going through the rest of the case but I'll

5    leave that to the parties to think about and decide.

6            So I tell you how I'm going to rule just so you

7    can start that process and start thinking about it and

8    decide what you want to do, but it will be probably a

9    week or two only because of my schedule before I actually

10   issue something and address that.

11           MR. GOLDFARB:  Your Honor?

12           THE COURT:  Yes?

13           MR. GOLDFARB:  Two things.  On the amendment

14   for the conversion -- what if we add some additional

15   language -- well, actually I was going to say -- it's

16   moot.  I was going to ask to add some language that would

17   be relevant to the turnover claims but I guess that issue

18   is moot.

19           THE COURT:  I think that issue is moot, yes.

20           MR. GOLDFARB:  I guess I would reserve the

21   right later on to add some language, request the ability

22   to amend to add that language.

23           THE COURT:  Okay.

24           MR. GOLDFARB:  And would it make sense to

25   schedule a conference call or something a week or so

1    after the Court issues a decision --

2              THE COURT:  Actually that's a good idea.  The

3    judicial conference is next week and actually I'm going

4    to be out a couple of days before that, so next week is -

5    - I don't envision this as being any large, significant

6    memo but just so that the parties know what my thinking

7    is.

8              Why don't we schedule a conference, and we can

9    do it by telephone, Thursday, the 30th of June.  Are the

10   parties available?

11             MR. ORENSTEIN:  Your Honor, I apologize.  I

12   didn't bring my calendar with me. That date doesn't sound

13   familiar so if it's okay with everybody else we can go

14   ahead and schedule it and if I find when I get back to my

15   office it's a problem, I'll contact Ms. Hester.

16             THE COURT:  All right.

17             MR. GOLDFARB:  That date is fine with me, Your

18   Honor.

19             MR. STOLKER:  Your Honor, I am scheduled to be

20   before this Court on that morning at 10:00 for a

21   reaffirmation hearing.

22             THE COURT:  All right.  That makes it easy.

23             MR. STOLKER:  I'm not sure and I frankly don't

24   recall whether it's before Your Honor or one of the other

25   judges but I'm scheduled to be in this building that

1    morning.

2            THE COURT:  I'm looking at my docket and I

3    don't see that you're on for me.

4            MR. STOLKER:  The case -- I'm sorry, I don't

5    have the file with me.  I have the party's name if that

6    would help.

7            THE COURT:  No, that's okay.

8            MR. STOLKER:  Maybe it's a mistake on my

9    calendar but that's what it shows.  June 30th, right?

10           THE COURT:  Yes.  It may be one of the other

11   judges.  Why don't we go ahead then and set it for 11:00

12   by telephone and, Mr. Stolker, your 10:00 reaff should be

13   done by then do you anticipate?

14           MR. STOLKER:  Yes.

15           THE COURT:  Then the parties could appear by

16   telephone and Mr. Stolker, you're free to appear in

17   person.

18           MR. STOLKER  Very well; 11:00 June 30th.

19           MR. GOLDFARB:  Your Honor, do you want me to

20   provide a call-in number?  Would that be the best way to

21   do it?

22           THE COURT:  Generally my courtroom deputy will

23   call.

24           MR. GOLDFARB:  Okay.

25           THE COURT:  All right.  Then we'll talk to

1    everybody on June 30th and we'll figure out where we go

2    from here.

3                MR. ORENSTEIN:  Thank you very much, Your

4    Honor.

5                MR. GOLDFARB:  Thank you.

6                (Whereupon, the hearing was concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CERTIFICATE OF TRANSCRIBER

I, Karen S. Scheinberg, do hereby certify that

48

the foregoing proceedings were recorded by electronic recording system of the United States Bankruptcy Court and thereafter reduced to typewriting by me, or under my direction; that the transcript is a true and accurate record of said proceedings based on the quality of the recording.

/s/

_____
Karen S. Scheinberg
Official Court Reporter